UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan A Warman
Case # 1.

Write the full name of each plaintiff.

**26 CV 1196**

CV

(Include case number if one has been
assigned)

-against-

GAVIN POTTer, church of Scientology
New york, Google LLC, Alphabet Inc, Blue
whale, Liquidity LLC, GLobAL Admin
Services

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

2026 FEB 12 PM 1:20
SDNY PRO SE OFFICE
RECEIVED

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Racketer Influenced and Corrupt Organizations Act 18 USC
Computer Fraud and Abuse Act (CFAA) 18 USR 1030
Fourth Amendment of the US Constitution

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,   Bryan A Warman   , is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

GALVIN POTTOR

The defendant, Church of Scientology New York , is a citizen of the State of
(Defendant's name)

New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

Blue Whale, Liquidity LLC
The defendant, Google LLC, Alphabet Inc , is incorporated under the laws of
BlueWhale, Global Admin services
the State of California and Deleware

and has its principal place of business in the State of New York, California, Deleware

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Bryan                          A                    Worman
First Name               Middle Initial        Last Name

480 E 185th St
Street Address

Bronx                                    New York                10458
County, City                             State                   Zip Code

332-273-5414                             Solid foundation 2 4@out look.com
Telephone Number                         Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Alphabet Inc
Google LLC

First Name                    Last Name

_____
Current Job Title (or other identifying information)

76 9th Avenue, 111 8th Ave
Current Work Address (or other address where defendant may be served)

New York                    NY            10011
County, City                    State            Zip Code

Defendant 2:

Blue                    Whale

First Name                    Last Name

Company
Current Job Title (or other identifying information)

711 fifth Avenue
Current Work Address (or other address where defendant may be served)

New York                    NY            10022
County, City                    State            Zip Code

Defendant 3:

Global                    Admins Services

First Name                    Last Name

Company
Current Job Title (or other identifying information)

227 West 46th Street
Current Work Address (or other address where defendant may be served)

New York                    NY            10036
County, City                    State            Zip Code

Page 4

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York City, NY_

Date(s) of occurrence: _Jan 2022 - current time_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. Electronic Surveillance 2022-present Defendants maintain Unauthorized high-gain signals to track plaintiff Bryand Warmca physical and Digital location without consent, constituting an ongoing invasion of pravacy.

2. Eravdulent Inducement of Access 2023-Occ-21 Defendants Gavind Potter utilized administative software to override security denials, forensic logs show the entry was gained through deceptive system-status messaging.

3. Conversion of Digital Assets 2024-08-15 Defendants reclassified Plaintiffs private data as Booly Thetans or Unowned mass to justify the wrongful exercise of dominion and permanent deprivation of property.

4. Financial Laundering 2025-10-10 Seiced digital property laundered through Blue whale Liquidity (NY) confirming

The profit motivated nature of the RICO enterprise
Count 1. 18 USC 1962(c) (civil Rico)
Count 2. Violation of 18 USC 1030 (computer fraud and Abuse Act)
Count 3. Trespass to chattels
Count 4. Conversion
count 5. Civil Conspiracy

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

A. Treble Damages In the amount of $115,000,000.00
B. A permanent Injunction prohibiting further intrusion;
C. Specifies Restitution of all converted data held in Defendant Repositories

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Jan 29th, 2026

Plaintiff's Signature

First Name: Bryan   Middle Initial: A   Last Name: Worman

Street Address: 480 E 185th St

County, City: Bronx   State: NY   Zip Code: 10458

Telephone Number: 332-273-5414

Email Address (if available): Solidfoundation2c@outlook.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.