UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN A. WARMAN,, | |
| Plaintiff, | |
| -against- | |
| GAVIN POTTER; CHURCH OF SCIENTOLOGY NEW YORK; GOOGLE LLC; ALPHABET, INC.; BLUE WHALE; LIQUIDITY LLC; GLOBAL ADMIN SERVICES., | |
| Defendants. | |

26 CIVIL 001196 (GBD)

## <u>CIVIL JUDGMENT</u>

For the reasons stated in the May 19, 2026, order, this action is dismissed as frivolous.

See 28 U.S.C. § 1915(e)(2)(B)(i). The Court warns Plaintiff that if he continues to file frivolous

or nonmeritorious actions in this court, the court will direct him to show cause why he should not

be barred from filing new actions IFP in this court without permission to file from the court. See

28 U. S.C. § 1651. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this

order would not be taken in good faith, and therefore IFP status is denied for the purpose of an

appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  May 20, 2026
        New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge